Defendant's Reply
EXHIBIT
**A**

Page 1

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW MEXICO
2

3   UNITED STATES OF AMERICA,                COPY

4              Plaintiff,

5     vs.                  Case No:  CR-12-02901

6   ERIK KHAN,

7              Defendant.

8

9

10

11              TRANSCRIPT OF INTERVIEW

12                 May 9, 2012

13

14

15

16

17

18

19

20

21

22

23

24

25

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1                    EXAMINATION

2    BY LT T:

3        Q.   With these kind of cases there is a -- it's

4    pretty -- it's clear.  We know what's going on,

5    what's been going on, what you've been looking at.

6    Okay.  The reason I'm sitting down with you now and

7    just going on about searching the house and getting

8    all the things done is because I need to find out if

9    this is something you're able to control by just

10   looking at the Internet, by just looking online

11   and -- and at the files that you have or if this is,

12   you know, spreading out into you can't just control

13   it with that and that you're actually getting

14   with -- with kids.

15            I know that your preference is for boys

16   somewhere around 10 years old.  I also know you're a

17   coach, right, and that you're interacting with kids

18   that are right around that same age that you are

19   sexually attracted to.

20       A.   No.  I mean, I'll be blatantly honest with

21   you.  There's no point in not being, so --

22       Q.   Well, be -- before we go any further I want

23   to advise you of your Miranda rights because you're

24   under arrest for the -- for the traffic warrant that

25   you have.  But you're in custody for that reason.

1    Your Miranda rights do apply.

2           You have the right to right to remain

3    silent.  Anything you say can and will be used

4    against you in a court of law.  You have the right

5    to talk to a lawyer and have him present with you

6    while you're being questioned.  If you cannot afford

7    to hire a lawyer, one will be appointed to represent

8    you before any questioning if you wish.  You can

9    decide at any time to exercise these rights and not

10   answer my questions or make any statements.

11          Do you understand each of those rights I

12   explained to you?  Okay.  If you could check that

13   you do and sign it and date it.

14        A.    What's the date?

15        Q.    The 9th.

16        A.    Sorry.  It was really early.

17        Q.    Yes.  Having these rights in mind, do you

18   wish to speak with us?  And that was a yes you

19   checked?

20        A.    Yeah.

21        Q.    Okay.

22        A.    I'll talk to you.

23        Q.    All right.  You said you want to be

24   blatantly honest, so that -- that -- that's very

25   helpful to us if -- if you are because it helps me

Page 4

1    to gauge whether or not you --

2        A.   Well, yeah, no, I -- I -- I have coached

3    for years.

4        Q.   Uh-huh.

5        A.   Since I was a kid actually.  And I used to

6    work with juvenile sex offenders, and that's when

7    all this kind of hit me.  But I used to work as a

8    therapist with them.

9        Q.   How old were you then?

10       A.   22.

11       Q.   And that's when you developed an attraction

12   to the kids you were working with or --

13       A.   It wasn't with them.  It just, you know,

14   it -- it commonly what we were working with was

15   pornography.

16       Q.   Okay.

17       A.   So --

18       Q.   Were you looking at it?  Is that how you

19   first saw it, was --

20       A.   It was -- yeah, it was -- it was part of

21   the whole therapy thing.

22       Q.   Okay.

23       A.   You know, I mean, I worked with a lot of

24   kids.

25       Q.   Right.

1      A.   I've -- but I've never been involved with

2   any kid.

3      Q.   Okay.

4      A.   Ever.

5      Q.   Okay.

6      A.   Ever, 100 percent ever.

7      Q.   Okay.

8      A.   On any level, whether it's --

9      Q.   Well, one of the things that helps us to

10   verify this, because we're going to have to at some

11   point here go before the judge and say this is

12   someone who has just got a fetish for looking at it

13   on the computer and they are not transferring that

14   into their real life activities.  Because of course

15   a judge is going to say, wait a minute, this kid --

16   this guy who is already interested clearly in 12

17   year old boys should not be coaching 12 year old

18   boys.

19           But one tool we have is -- is if you can

20   take a polygraph then we'll know -- I can -- I can

21   represent that to the judge more -- with more

22   confidence and say, look, he passed a polygraph and

23   he's never offended on a kid.

24      A.   Yeah, absolutely.

25      Q.   Okay, great.  Officer -- Officer Montoya,

1    who brought you in, is a polygraph examiner.  I

2    don't know if he told you that, but --

3         A.   No, no.

4         Q.   So we can make that happen right -- right

5    after we're done here as long as you're willing to

6    do it.

7         A.   I mean, I'd be willing to do it, but I'd

8    also want to talk to my lawyers.

9         Q.   Okay.

10        A.   Yeah, I -- just for the sake of rights and

11   things like that.

12        Q.   Uh-huh.

13        A.   I -- I have no problem doing that.

14        Q.   Perfectly understandable.

15        A.   It's -- I don't want you to think that

16   I'm -- I'm not being cooperative.

17        Q.   Uh-huh, okay.

18        A.   Because you're going to find stuff.

19        Q.   Okay.

20        A.   I'm -- I'm honest with it.  You're going to

21   find stuff.  It's on --

22        Q.   On what?

23        A.   On the Mac computer inside my bedroom.

24        Q.   Okay.  Do you have it on any storage

25   devices like thumb drives or --

1      A.    Oh, it's on the -- the hard -- the portable

2    hard drives just because they're --

3      Q.    Which ones?  The ones in your bedroom?

4      A.    Yeah, yeah, yeah.

5      Q.    By the TV, I think it was?

6      A.    Yeah, yeah.

7      Q.    Okay.  How much do you think you have?  How

8    many -- you got movies and pictures, right?

9      A.    Yeah, on just hundreds of files.  I don't

10   know.

11     Q.    Yeah, I've -- I've got a stack here of what

12   we know you had, and it's -- it's pretty

13   considerable.  You've been doing it, I know, since

14   2010, but I'm going to guess before that.

15     A.    Well, at least 10 years.

16     Q.    Well, let's talk about some technical stuff

17   first.  You have a file sharing network on your

18   computer.

19     A.    Um --

20     Q.    Or do you have it on all of them or --

21   because you have a lot of computers?

22     A.    No.  It's -- it's -- it -- I don't know, I

23   have some old computers that died years ago, but --

24     Q.    Okay.

25     A.    So they may have stuff on them too, but

1    yeah, I think it's, what, aMule?

2        Q.   So it's about 10 years that you've been --

3        A.   Oh, I mean, I've used Limewire.  I've

4    used --

5        Q.   Yeah, I saw the Limewire.  So you're using

6    aMule now.  That's what you're using?

7        A.   Yeah, Limewire was, I think, shut down by

8    you guys, by --

9        Q.   No.  It's back up.

10       A.   Oh, it is.  Oh.

11       Q.   Don't get on it.  You looked a little eager

12   there.

13       A.   No, no, no, I just -- I didn't hear that,

14   seriously.

15       Q.   Yeah, Limewire is up and running.

16       A.   I'm sorry, I'm just really parched.

17       Q.   Yeah, I know.  We'll walk you out and get

18   you some water here in a second if you can't find a

19   water bottle.

20       A.   I don't have any like actual videotapes or

21   drawings or slides or --

22       Q.   How about real pictures?

23       A.   No.

24       Q.   You know, you -- do you take a camera to

25   practice?

1      A.   I mean, I've taken pictures of our

2  basketball team, but on the court, not --

3      Q.   Right.  Nothing focusing on genitals or

4  anything like that?

5      A.   No, no, no, no, no.

6      Q.   Okay.

7      A.   No, no, no.

8      Q.   Have you ever had the kids over to your

9  house?

10     A.   I've never once actually.

11     Q.   Okay.  How about going camping, any

12 activities where you're alone with the kids?

13     A.   No.

14     Q.   Never?

15     A.   As a coach we're never alone with them.

16     Q.   Okay.

17     A.   For -- I mean, that's just a rule in

18 general, but --

19     Q.   Taking kids home, have you drive --

20     A.   I've actually never driven a kid home.

21     Q.   Picked them up?

22     A.   Nope.  I don't have a school license.

23     Q.   Do you make intentional decisions not to

24 put yourself in those situations where you could be

25 tempted?

1      A.    No.  I mean, I've driven kids before.  I --

2   you know, I was a volunteer with Big Brothers, Big

3   Sisters.  He's in Japan right now, but if he came

4   back -- I mean, he's in college, so --

5      Q.    Uh-huh.

6      A.    -- he's 22 now, but, I mean, he would

7   totally attest that I never touched him or anything

8   like that.

9      Q.    How do you separate that?

10      A.    I don't know.  It's kind of -- it's --

11      Q.    Because you -- you have hundreds and

12   hundreds of files, like you said.  I've watched what

13   you watched.  I know exactly what you're looking at

14   and if that is erotic to you --

15      A.    I -- I don't know, I --

16      Q.    -- you're going to be stimulated by it, and

17   then you have the child who looks just like that kid

18   on your court.  How do you not --

19      A.    Well, on the court it's very easy because

20   I'm surrounded by other coaches.

21      Q.    Or in Big Brothers or, you know, in the

22   situations that you've been in.

23      A.    Uh-huh.  With that, I -- I don't know, I --

24   you know, it's -- I know it sounds weird.  I know it

25   does because I've done the work.

1     Q.    Uh-huh.

2     A.    All right.

3     Q.    What do you mean you've done the work?

4     A.    I've worked with kids who have offended on

5  other kids.

6     Q.    Oh, uh-huh.

7     A.    So, I mean, I know the offender profiles.

8  I -- I know it well, and I sounds really weird.

9     Q.    Uh-huh.

10    A.    But I -- I don't know, I've always been

11  able to just separate it.

12    Q.    You never traveled to see any kid?

13    A.    No, never.

14    Q.    How about chatting, e-mailing?  You

15  developed any online relationships with any kids?

16    A.    No.

17    Q.    Are you chatting on any social networks

18  or --

19    A.    No.  I don't even know the first thing

20  about chatting online, so --

21    Q.    Okay.  I know you have a Facebook page.  I

22  didn't see anybody on there that looked like --

23    A.    No, that's -- I mean, I use a lot for work

24  really.

25    Q.    Uh-huh.

1      A.    I mean, I could -- other than the

2  occasionally F-you from my cousin, I guess,

3  that's --

4      Q.    In your real life, outside of the four

5  walls of your house, are you in a relationship with

6  anybody?

7      A.    Like a romantic relationship?

8      Q.    Yeah.

9      A.    No, not right now.  I --

10     Q.    Do you date women or men?

11     A.    Women.

12     Q.    Okay.  So is this just a fetish to you, an

13  addiction?  What --

14     A.    I would put it more on that level, yeah.

15     Q.    Okay.  It doesn't transfer?

16     A.    No, it never -- it never has.

17     Q.    Like so if you -- what if you were with --

18     A.    I mean, I -- I work in medicine too.

19     Q.    What if you were with a girl who had a 10

20  year old son, would that be difficult for you?  And

21  he's living in your house?

22     A.    I don't know.

23     Q.    You don't know?

24     A.    I can't -- I can't say it would or

25  wouldn't.

Page 13

1      Q.   Do you have nieces or nephews or anything?

2      A.   I do.

3      Q.   That you've been alone with that that's

4  been --

5      A.   Yeah, I've been alone with them.  I mean,

6  it's never crossed my mind.

7      Q.   Never even crossed your mind?

8      A.   No.  I mean, I'm sure my brothers would

9  murder me, I mean, if I -- if I were to do anything,

10  but --

11      Q.   Then it has crossed your mind because

12  they --

13      A.   Well, no, I mean, I -- well --

14      Q.   Clearly it's crossed your mind because you

15  just said --

16      A.   Well, my eldest and I are both U.S.

17  marines, so I just -- that's just a known fact.

18  But, no, I mean, it's years ago my family found

19  images on my computer.

20      Q.   Who did?

21      A.   Well, actually it was my roommate and he

22  called my brother who called my parents and the

23  whole works.

24      Q.   How long ago was that?

25      A.   God, that was sometime ago.  Probably in

1    2000 -- 2003.

2        Q.    Okay.  So what -- what came of that once

3    they found it?

4        A.    They moved me back to Las Cruces.

5        Q.    Where were you when that happened?

6        A.    I was in -- in Mesa, Arizona.

7        Q.    Who was your roommate then?  Travis?

8        A.    No, no, no.  It definitely wasn't Travis.

9    Nathan -- God, I forgot his last name.

10       Q.    Did that get reported to the police?

11       A.    No, no.

12       Q.    Okay.  Have you ever been caught any other

13   times?

14       A.    No.

15       Q.    Okay.  Are your computers password

16   protected?

17       A.    They might be.

18       Q.    What would be your login and password?

19       A.    Cessna1.

20       Q.    Cessna1 is your login or your password?

21       A.    Oh, on Macs you --

22       Q.    Okay.  Why don't you write it?

23       A.    On Macs, the -- the usernames are just --

24   it's just listed.

25       Q.    Okay.  It comes up every time?  And is

1    it --

2        A.    Yeah.

3        Q.    I'm sure it's case sensitive?

4        A.    I'm positive it's case sensitive.

5        Q.    So that is exactly how it goes for -- for

6    the Mac?

7        A.    Yeah.  See, I think the one in my room is

8    like password protected to the point where you have

9    to always type it in.  The one in the living room

10   isn't.

11       Q.    What's the one in the room?

12       A.    The living room is the same password but

13   it's not like where you have to like constantly type

14   it in.

15       Q.    Right.  But the one in the bedroom?

16       A.    Uh-huh.

17       Q.    Is that the password for that computer?

18       A.    Yeah.

19       Q.    And the login comes up automatically, the

20   username?

21       A.    Yeah.  Yeah, if you boot it up it -- it's

22   going to say my name.  And then you click on it and

23   type in the password.

24       Q.    Okay.  And what do you know about the file

25   sharing networks?  How do they work as -- as you

1   understand them?  How does aMule work?

2       A.   It grabs from other people's computers, I

3   guess.

4       Q.   Uh-huh.  And in order to grab from other

5   people's computers, what are the settings you need

6   on your computer?

7       A.   I -- I don't think anything in particular.

8       Q.   You -- well, if you don't share your own

9   files, is it can you still grab from other people's

10  computers or do you have to be able to share?

11      A.   Yeah, you can.

12      Q.   Do you have files in your shared file

13  folder?

14      A.   I'm sure I do.  As soon as they're

15  downloaded they automatically share.

16      Q.   Okay.  So would somebody else be able to

17  grab files from yours?

18      A.   If -- if it was online.  It's not --

19      Q.   Yeah, when you're on.

20      A.   Yeah, it's -- I mean, I'm sure you know

21  it's not online that often.

22      Q.   Well, it's pretty often.

23      A.   Well, not like every minute of every day.

24      Q.   Day before yest -- no, not --

25      A.   Yeah.

1      Q.   -- no, but pretty frequently as far as days

2   go.

3      A.   No.

4      Q.   I mean, it's -- it's just -- it's every few

5   days that you seem to be popping up.  And I don't --

6   I didn't check yesterday.  Were you on yesterday?

7      A.   No.

8      Q.   The day before you were, on the 7th.

9      A.   I think so.

10     Q.   Yeah.  Do you leave your computer running

11  and let it download while it downloads videos or are

12  you actually sitting --

13     A.   No.  I mean, unless I pass out or

14  something, no.

15     Q.   Like generally you're sitting in front of

16  the computer if you're on?

17     A.   And then I just turn it off when --

18     Q.   Okay.  Does anybody else use your

19  computers?

20     A.   My living room computer, yeah.  But I don't

21  have anything on that.

22     Q.   Okay.  But if there's child porn on your

23  computer it's because you put it there, correct?

24     A.   Yeah, I mean, sure.

25     Q.   Okay.  You don't --

1    A.   I mean, if somebody else did it, I'll be --

2  I'll be impressed more than anything.   I --

3  because -- well, one, nobody in my -- nobody who has

4  ever come to my house has ever used my home

5  computer.

6    Q.   Okay.  Let's -- let's get you some water.

7    A.   Sorry.

8    Q.   I'll walk you to the water fountain.

9    A.   Gosh, it's cold.

10    Q.   Yeah, I know.  Our department is freezing.

11    A.   No, but, I mean, in general it got cold

12  last night.

13    Q.   Yes, it did.

14    A.   The rain, I guess.

15    Q.   Okay.  You have a Ford Crown Victoria that

16  obviously was a law enforcement car.

17    A.   Yeah, I bought that in Phoenix just because

18  I needed a car because I -- I travel for work.  Like

19  I go back and --

20    Q.   What is it that you do for work?

21    A.   I build medical practices and I represent

22  physicians and contract negotiations.  That's the

23  easiest possible way I could put that.

24    Q.   Do you have a good relationship with your

25  dad, with your parents?

1 A. Oh, yeah.

2 Q. I just wondered if since they found child

3 porn, has that kind of --

4 A. It hurt.

5 Q. What did they say?  I mean, how did that --

6 A. I mean, it was a lot of therapy.  I'll tell

7 you that much.

8 Q. You did go to therapy for it?

9 A. Yeah, I did.

10 Q. Apparently it didn't work too well?

11 A. Yeah, I mean --

12 Q. Or did it for a while or --

13 A. I would say for a while it did.  I mean, if

14 I kept going I probably would have not -- you know,

15 I guess while I was talking about a lot of stuff.

16 You know, because, I mean, around the same time

17 is -- how they kind of found everything out is I was

18 molested when I was younger.

19 Q. I was going to -- that was going to be one

20 of my questions I was going to ask you because

21 you -- typically when we see such a specific target

22 age range that's -- I'm going to guess.  You were

23 about 8 to 10?

24 A. I was 8.

25 Q. 8 when that happened to you.

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1      A.    And it was -- it was a teenager.  And it

2  was in New Jersey.

3      Q.    Uh-huh.

4      A.    So, you know, I mean -- so, I mean, that

5  obviously hurt my mom in a lot of ways because

6  she --

7      Q.    Your parents know that that happened to

8  you?

9      A.    Yeah.  Well, actually -- well, I mean, I

10  worked in a therapy center, so one of the therapists

11  actually I sat with -- he was the clinical director

12  actually.  I sat with him at length and talked about

13  it, and he said I should tell them.  So I did --

14      Q.    Uh-huh.

15      A.    -- there a letter, and -- and so, you know,

16  they were worried about that.  And then this came up

17  probably like two days later.

18      Q.    Okay.

19      A.    So --

20      Q.    Does this addiction you have or attraction

21  you have to the boys, is that something you would

22  turn off if you could?  If it were a switch would

23  you turn it off?

24      A.    Yeah.

25      Q.    Or do you feel like it's not negative in

1   your life?

2       A.   Well, I mean, I believe it's negative in

3   the sense of it happening.

4       Q.   Oh, in the sense of what happening, that

5   you're looking at --

6       A.   Like downloading -- downloading that stuff.

7   And I -- I -- I don't agree with it, but --

8       Q.   Well, what -- what do you think about -- I

9   mean, there's a market for people who want this kind

10  of child porn so people create it.

11      A.   Right.

12      Q.   If there wasn't a market for it people

13  wouldn't be distributing it the way that it would.

14  It wouldn't have caught on like it has.

15      A.   Uh-huh.

16      Q.   So do you -- do you appreciate the fact

17  that there would be kids who weren't molested if

18  this -- if they weren't trying to --

19      A.   Absolutely.

20      Q.   -- create videos for this, for -- for you?

21      A.   Absolutely.  I believe -- I believe the

22  cycle --

23      Q.   For you.

24      A.   In general, oh, yeah.

25      Q.   So you understand, you know, there are

1    kids --

2        A.    Absolutely.  I -- I believe it's a cycle in

3    general.

4        Q.    Absolutely.

5        A.    Me personally, I will never touch a kid,

6    ever.

7        Q.    Uh-huh.

8        A.    I don't agree with it.  I don't believe in

9    it.  I -- I --

10       Q.    But you are sexually --

11       A.    -- you know, and I have --

12       Q.    -- attracted to other people doing it?  Or

13   stimulated by other people doing it?

14       A.    I mean I guess.

15       Q.    It's hard to say not because what are you

16   doing while you're -- while you're watching these

17   videos?  I don't think you're eating dinner, right?

18       A.    No.

19       Q.    It's -- it's sexually gratifying to you,

20   right?

21       A.    Right.

22       Q.    It's stimulating.  You get aroused,

23   probably masturbation?

24       A.    I -- but I usually don't -- I usual -- like

25   when you notice it turn off for a few weeks, which I

1    know it has.

2         Q.   Uh-huh.

3         A.   I mean, unless somebody else has been using

4    it.

5         Q.   No, it --

6         A.   You know, when it shuts off for a few weeks

7    it's kind of me coming back to all that and

8    remembering what happened to me.  And -- and, you

9    know, and I -- I mean, I've gone through a lot to

10   work through it and -- because it did mess with me,

11   I mean, in a lot of ways.

12        Q.   Oh, how could it not.  Yeah.

13        A.   It's --

14        Q.   But so it also messes with the kids you're

15   watching.

16        A.   I -- I -- I know.

17        Q.   Uh-huh.

18        A.   I know.  And I -- I -- I mean, if you

19   really get down to it I typically don't like

20   watching other people.  Generally speaking

21   everything you find is mostly going to be everyone

22   around the same age.

23        Q.   Uh-huh.

24        A.   You know, it's not going to be -- I -- I --

25   I don't --

1       Q.    Oh, you mean no adult and children --

2       A.    Well, I mean, there -- there are just

3    because you click on something and it comes down,

4    but --

5       Q.    Yeah, I know there are.  I watched, yeah, a

6    couple of them.

7       A.    You know, I mean, geez, I mean, even if

8    you're looking for adult pornography sometimes you

9    get like where it says --

10      Q.    What are some typical keyword searches that

11   you do?  What are some search terms you used?

12      A.    I would say the most common is BIBCAM.

13      Q.    BIBCAM?

14      A.    Yeah.

15      Q.    Uh-huh.

16      A.    I learned that years ago.

17      Q.    What does that mean to you?

18      A.    Honestly, I have no idea what it means.

19   I --

20      Q.    Because you know it brings up child porn.

21      A.    Yeah.  Well, I mean, when I -- when I

22   was -- you know, honestly, I think this started when

23   I was in high school now that I think about it

24   because I think people were talking to me online.

25   Because back in the AOL days it was really easy to

1     talk to people online.

2          Q.    Right.

3          A.    Yeah, that -- it was in high school.  And I

4     think people told me --

5          Q.    Uh-huh.

6          A.    -- just how to find it.

7          Q.    Okay.

8          A.    You know, it wasn't like we had video

9     cameras back then, so --

10         Q.    Have people told you randomly how to find

11    videos of other boys or --

12         A.    Well, no, you go into -- yeah, yeah, yeah.

13         Q.    -- of porn?  Specifically of boys?

14         A.    Oh, yeah.

15         Q.    So you talked about a sexual interest

16    with -- for boys to other people?

17         A.    Yeah.  I mean, I'm assuming much older

18    adults because I was probably 15.

19         Q.    Okay.  Who would these people have been

20    that --

21         A.    I don't even know.  I mean, we're talking

22    the Internet.  I --

23         Q.    Oh, online?

24         A.    Through chat rooms.  Yeah, chat rooms.

25         Q.    Okay, I'm sorry.

1      A.   Oh, no, no.  It's not like I picked up the

2   phone and like called random people like, hey --

3      Q.   Yeah, yeah.

4      A.   No, no.

5      Q.   Okay.

6      A.   I honest -- honestly, I don't think I've

7   ever openly spoken to anybody about this.

8      Q.   That was another one of my questions, is

9   was -- is anybody else aware that you're doing this?

10  Is there anybody --

11     A.   No.

12     Q.   -- you're sharing -- is there anybody

13  you're sharing like through e-mail communication --

14     A.   No.

15     Q.   -- pictures in any way or getting some?

16  Have you ever paid for any?

17     A.   No.

18     Q.   Do you have any porn accounts online?

19     A.   No.

20     Q.   Okay.

21     A.   I don't think so.

22     Q.   Okay.

23     A.   Yeah, I mean, it's not like I paid my

24  credit card and found anything on there, so --

25     Q.   Well, you know, there's some websites where

1    you get live people who are willing to --

2         A.    Oh, no, no, no, no, I've never found that.

3         Q.    -- (inaudible) things for the camera, or

4    anything like that?  Do you have a web cam on your

5    computer?

6         A.    On my iPad, yeah.  But, I mean, that's kind

7    of standard with the iPad.

8         Q.    Uh-huh.  Right, right.

9         A.    But, no, not on those Macs.

10        Q.    You don't -- do you use it to Skype or

11   Facetime or anything like that?

12        A.    I think me and Travis used it to Facetime

13   once.

14        Q.    Okay.

15        A.    Ever, I --

16        Q.    You're -- you're subscriber information

17   for -- you have Comcast, right?

18        A.    Uh-huh.

19        Q.    -- is to MDAPPSLLC.  What is that?

20        A.    That was our original company.

21        Q.    Whose?  Yours and --

22        A.    Mine and Travis's.

23        Q.    You and Travis's.  So it had Travis's name

24   associated -- because initially when we get the

25   subpoena back we found Travis connected before we

 1    found you connected to that address and everything.

 2         A.    Uh-huh.

 3         Q.    So how -- how -- why is it that, that we

 4    saw Travis?

 5         A.    He's the CFO of our company.

 6         Q.    Oh, okay.  And does he live at your --

 7         A.    No.

 8         Q.    Did he used to live at your address or

 9    just --

10         A.    No.  He listed it as a permanent address.

11         Q.    Okay.

12         A.    He -- he's always on the road.  Literally

13    like always on the road.

14         Q.    Okay.  But he has no --

15         A.    No.

16         Q.    -- the account is yours?

17         A.    Yeah.

18         Q.    Who pays the bills?

19         A.    It comes out of my personal account, I

20    believe.

21         Q.    Okay.  You have a passport, right?

22         A.    I do.

23         Q.    And do you -- and when was the last time

24    you used it?

25         A.    Oh, God, a few years ago.

Page 29

1    Q.   Okay.  Well, I know --

2    A.   I went to -- I think I went to Cancun in

3    the beginning of 2010.

4    Q.   Okay.

5    A.   My 30th birthday, whenever that was.

6    Q.   Who did you go with?

7    A.   My parents.  It was a birthday present.

8    Q.   And I saw an e-ticket in your house.  Did

9    you just go to Phoenix or transfer through Phoenix

10   sometime --

11   A.   Oh, I go to Phoenix religiously.

12   Q.   Okay.

13   A.   With work.  You know, I'm always back and

14   forth.

15   Q.   Well, especially with international travel

16   we know that there is easier access to kids.

17   A.   Yeah, I've never -- I've never done that,

18   ever.  I've been to Pakistan.  I mean, I'm sure you

19   know that, but -- I'm Pakistani, but I was with my

20   dad when his brother was dying.

21   Q.   Okay.

22   A.   It was to help him in the hospital.

23   Q.   Okay.  So you've never traveled to meet a

24   kid?

25   A.   No.  No, never.

1    Q.    Okay.  Because you know that we're going to

2  find -- this is kind of the opportunity to explain

3  what you have done because we're going to find it

4  all.

5    A.    What you're going to find is what we've

6  been talking about.

7    Q.    Right.

8    A.    It's -- I have never in my life traveled

9  anywhere --

10    Q.    Okay.

11    A.    -- to find a kid.

12    Q.    So we're not going to find anything in your

13  house to indicate --

14    A.    No.

15    Q.    -- that you've had a kid.  We're not going

16  to find any little kid socks or clothes in your

17  house --

18    A.    Well, I mean, you're probably going to find

19  my nieces and nephew's T-shirts that I bought them

20  as presents.  They're --

21    Q.    Okay.

22    A.    -- up in my --

23    Q.    But they're new, right?

24    A.    Yeah, they still have tags.  I forgot to

25  give them to them when they were here, so --

1      Q.    Okay.

2      A.    -- I'm supposed to go see -- they live in

3   Seattle.

4      Q.    Okay.

5      A.    I also have nieces and nephew -- I -- well,

6   I have a niece and three nephews in D.C. who are

7   moving to New York.  And my sister has a son and

8   they're in Rhode Island.

9      Q.    That's all -- that's the only evidence

10  we'll find of children in your house?

11     A.    Probably.  Yeah, I mean, there's probably

12  pampers from when my brother brought the kids over

13  and things like that.

14     Q.    Okay.

15     A.    I have a housekeeper who puts everything

16  away.

17     Q.    And do you have any that you keep as --

18  because it's erotic?

19     A.    Like mementos?

20     Q.    Yeah, exactly.

21     A.    No.  It's all computer.

22     Q.    It's all computer.  Have you printed any

23  images?

24     A.    Not since -- years and years and years ago.

25  I mean, and it wasn't to like give to anybody.  It

1   was because I was younger and I didn't really have

2   my own computer, so --

3        Q.   Oh, okay, so you would keep those.  All

4   right.

5             LT T:  Do you want to talk to him for a

6   minute?  I'm going to call the guys up there and see

7   if they have any questions about --

8        Q.   (By Lieutenant T)  Oh, the guns.  Why do

9   you have so many guns?

10       A.   I enjoy shooting.

11       Q.   Yeah, I do too --

12       A.   I just enjoy shooting.

13       Q.   -- but I don't have them on my coffee table

14   with hollow point rounds sitting out.

15       A.   Oh.  Well, no, I mean, I -- first of all, I

16   was cleaning one of them.  And the -- and one of

17   them I just brought from Phoenix.

18       Q.   Okay.

19       A.   And I had just mounted that laser and I was

20   sighting the laser, just sitting in my --

21       Q.   Okay.

22       A.   And then usually when I'm done I load it,

23   but --

24       Q.   Did you have any anxiety or fear that

25   police would be coming to your door for this?  I

1    mean, it's in the news for these kind of cases.

2         A.   Off and on.  Off and on.  I mean, yeah.

3         Q.   Anything recent?

4         A.   No.

5         Q.   Have any kind of bad feeling like we might

6    be coming for you?

7         A.   No.

8         Q.   Okay.  I -- I kind of touched on the car.

9    It was interesting to me that you have an old police

10   car.  I know you have a nice Tundra and you have

11   your little Volkswagen there.

12        A.   It was $2,000, and I need -- and it was

13   cheaper than renting.

14        Q.   Why did you hold onto it?

15        A.   Oh, well, I was going to give it to that

16   kid Zach.  He's 22 and needs a car and I was just

17   going to give it to him because he needs a car.

18        Q.   Okay.

19        A.   Which I don't.

20        Q.   Did you drive it yesterday?

21        A.   I did to Discount Tire.

22        Q.   For what?

23        A.   To fix the flat.

24        Q.   Oh, okay.

25        A.   Yeah.

1      Q.   Do you drive it ever?

2      A.   I mean, I -- I just recently brought it

3   back from Phoenix.  So, yeah, when I was in Phoenix

4   I was driving it all the time.

5      Q.   Okay.

6      A.   Because I had an apartment in Phoenix.

7      Q.   Uh-huh.  Are you pretending to be law

8   enforcement at any time?

9      A.   No.

10      Q.   Well, you see why I'm asking because you

11   have -- obviously it looks like a police vehicle,

12   unmarked.

13      A.   Uh-huh.

14      Q.   It's got spotlights.

15      A.   Uh-huh.

16      Q.   It's got the --

17      A.   That's just how I bought it.

18      Q.   Right.  And then you've got the guns and

19   then you've got this addiction for kids.  So, you

20   know, tell me --

21      A.   No.  I was in the Marine Corps.  I was

22   trained as a military policeman.  I --

23      Q.   Uh-huh.

24      A.   Other than that, no.

25      Q.   Have you ever used your car to make a

1    traffic stop on anyone?

2       A.   No, no.

3       Q.   Do you use your spotlight on there; is that

4    working?

5       A.   It works.  I -- I mean, I used it once to

6    shine a light to see where I was in Phoenix.

7       Q.   Okay.  But you're not using it to shop at a

8    car --

9       A.   There's some dark streets there.

10      Q.   -- shine at a car or shine it at kids?

11      A.   No, no, no, I would never -- I would never

12   do that.

13      Q.   Not trying to stop anybody?

14      A.   No.  I also have -- I also have -- I have

15   white flashers in my truck.

16      Q.   Uh-huh.

17      A.   I was also an EMT.  I, you know --

18      Q.   Uh-huh.

19      A.   I mean, I've been in emergency services for

20   some time, but --

21      Q.   Okay.  Well, like I said, what -- my

22   primary concern here is not getting you to tell me

23   that you did this, because I know you did this.

24   I -- I'm sitting here saying that we're going to

25   pull all your --

1      A.    Right.

2      Q.    -- computers and all the evidence off your

3 house.  And you live alone.  I mean, it's a pretty

4 simple case for us to be able to prove.  It's more

5 just an opportunity, one, to figure out -- or to

6 give you an opportunity to explain your history,

7 that you were molested, you have this target age,

8 and you've tried to get therapy.  You would stop it

9 if you could.  You know, to allow you the

10 opportunity to explain that so it's not just a bunch

11 of file folders to go get and sit in front of a

12 court, that you're allowed to express yourself.

13     A.    Uh-huh.

14     Q.    And, two, it's for me to assess whether or

15 not you're a threat to the community.  Are you a

16 threat to the neighborhood kids walking down the

17 street?  Are you a threat to the kids -- have you

18 offended on a kid?  And really the only way that I

19 can articulate that to the people I need to talk to

20 is through the polygraph.  So like I said, just --

21     A.    Right.

22     Q.    -- continue thinking about that.  And --

23 and I have to talk to the court today.

24     A.    Uh-huh.

25     Q.    So you -- you have a decision to make as

1   far as that goes.

2          I'm going to go make some phone calls and

3   let Steph talk to you for a minute.  Okay?

4       A.   Okay.

5                      EXAMINATION

6   BY LIEUTENANT S:

7       Q.   So you were in the Marines?

8       A.   Uh-huh.

9       Q.   For how long?

10      A.   One year.

11      Q.   Oh, okay.  And how is that?

12      A.   It was all right.

13      Q.   I saw some pictures.  That's why -- I'm

14  pretty infatuated with the military, so that's --

15      A.   Oh, really?

16      Q.   Yeah.  So what -- you were military police?

17      A.   I was training for that and I broke my legs

18  and --

19      Q.   Oh, really?

20      A.   -- as a result of that I ended up with a

21  lot of kind of psychological issues just sitting

22  around.

23      Q.   Yeah.

24      A.   So I -- I was generally discharged.  I

25  could have waited for a medical but I didn't.

1      Q.    Yeah.

2      A.    So --

3      Q.    Both your legs?

4      A.    Yeah, stress fractures, 42 stress

5    fractures.

6      Q.    How did you do?  What did they have you do?

7      A.    There's big mountains that we had to climb

8    with people on our back.

9      Q.    Oh, really?

10     A.    Yeah, yeah.

11     Q.    I heard that that's -- it's a really

12   intense training.

13     A.    Oh, yeah.  Well, I mean, in general yeah.

14   I mean boot camp is -- is bad.  But, I mean, you've

15   got training after that.

16     Q.    Yeah.  Because, I mean, I heard that --

17   like I heard that like Army and Air Force and all

18   that, they're -- they're, you know, pretty difficult

19   but like the Marines are like the most difficult.

20     A.    Uh-huh.

21     Q.    And they have like, I guess their symbol

22   that they have with the -- the globe and then the --

23     A.    The eagle globe anchor, yeah.

24     Q.    Yeah.  That you -- I guess at the end you

25   guys get that as one of the reasons for -- like

1     that's what you're working for, I guess?

2          A.    Yeah, it's -- yeah, in boot camp, yeah.

3     Then after boot camp it gets much harder, just

4     saying just kind of the way it is, but --

5          Q.    Where was boot camp at?

6          A.    I went to San Diego.

7          Q.    Oh, okay.  So are you from Arizona?  Are

8     you from New Mexico?

9          A.    I went to Lynn Middle School.

10         Q.    Okay.  So you're from Las Cruces then?

11         A.    Well, I moved here in eighth grade from New

12    Jersey.

13         Q.    From New Jersey?

14         A.    Yeah.  And then we moved to New Jersey from

15    El Paso when I was in third grade.

16         Q.    So you were born in El Paso?

17         A.    No.  I was born in Galveston.  We've moved

18    all over the place.

19         Q.    Oh, because of your dad or --

20         A.    Yeah, he -- well, one, I was born when he

21    was in training to be a doctor.

22         Q.    Oh, okay.

23         A.    And --

24         Q.    Okay.

25         A.    -- so after I was born we moved to

1   Connecticut, then El Paso, then New Jersey, then

2   here.

3        Q.   Okay.  So your dad is from Pakistan?

4        A.   Uh-huh.

5        Q.   Your mom is from --

6        A.   New York.

7        Q.   New York.  And so that's why, I take it,

8   you went to New Jersey?

9        A.   Yes.

10       Q.   Yeah?  I've been to New Jersey.  It's

11  actually a pretty cool place to go.

12            So how long have you been back here?  When

13  did you come back to New Mexico?

14       A.   Like in eighth grade or --

15       Q.   Well, because --

16       A.   Oh, because I moved around when I was an

17  adult.

18       Q.   Yeah.

19       A.   Yeah, 10 years ago.

20       Q.   10 years.  And then so before that you were

21  in Mesa, Arizona?

22       A.   Yeah, just before that.  And then before

23  that I was in the Marines.

24       Q.   Okay.  Got it.  And then so you were in the

25  Marines and then you started this business, the MD

1    ops?

2         A.   Oh, well, now it's called Executive

3    Services.  But yeah.

4         Q.   Okay.

5         A.   Same thing.

6         Q.   And what you do is you create --

7         A.   I help doctors build their practices.

8         Q.   Okay.

9         A.   And I also -- if they're getting employed

10   or something, I help them with their contract.

11        Q.   Oh, okay.

12        A.   Help them retain into a community.  I don't

13   know, it's obscene amounts of money, you know, that

14   I help them get, but --

15        Q.   Yeah.  So are you helping people right now?

16        A.   Uh-huh.  Oh, yeah.

17        Q.   You have a couple people that you're

18   helping or --

19        A.   Yeah, I have clients.  I have one in Canada

20   actually.

21        Q.   Oh, so it's anywhere and everywhere that

22   you're helping?

23        A.   Well, that was kind of half hazard.  I was

24   at a conference and the guy said I need your help so

25   I said okay.

```
 1       Q.    Oh, okay.

 2       A.    You pay for it, we'll -- I don't care if

 3   you're in Canada.

 4       Q.    So did you help your dad?

 5       A.    Uh-huh.

 6       Q.    Because does he have a practice here?

 7       A.    Yeah, he suffered embezzlement.

 8       Q.    Oh, really?

 9       A.    Years ago, yeah.  And that's when I took

10   over.

11       Q.    From someone like that he -- that worked

12   with him?

13       A.    Oh, yeah, yeah, yeah.  His whole staff.  It

14   was like a quarter of a million dollars.

15       Q.    Oh, his whole staff.  Oh, wow.

16       A.    Yeah, we reported it actually.

17       Q.    Oh, okay.  So then --

18       A.    But the investigation, I guess we had to

19   pay for some audit or something under accounting's

20   rule or --

21       Q.    Oh.

22       A.    So we were like, well, forget it.  We're

23   not going to pay more money to --

24       Q.    Yeah.

25       A.    We're just going to do what we need to do.
```

1     Q.   Oh, okay.  Wow, that -- that sucks.  So you

2   took over?  So now you're -- you're running his

3   business; is that --

4     A.   Yeah.  I mean, he -- he uses me like the

5   other doctors would.

6     Q.   Oh, okay.

7     A.   Although I do a lot more for him than I

8   would for anybody else, but --

9     Q.   Yeah, okay.  All right.  Yeah, I don't -- I

10   don't know who he is, but I know that I've heard the

11   name before.  Is he located in -- like off Telshor

12   or something?  Where is he located?

13     A.   Well, we -- yeah, we just moved up Loman.

14     Q.   You moved on Loman?

15     A.   Uh-huh.

16     Q.   Oh, okay.  All right.  That sounds good.

17          As far as this goes, you understand, are

18   you reading it?  You understand kind of what's going

19   on and what's happening.  Do you have any questions

20   for us right now?  Do you want to ask anything?

21   Pretty cut --

22     A.   I mean, really what's going to happen in

23   the next --

24     Q.   The biggest -- I guess the biggest thing is

25   it depends on you.  Like it depends on like --

1    like -- like she said, I mean, I totally agree with

2    her.  She needs to figure out what's going on.  She

3    needs to prove to the courts that you haven't put

4    hands on.  That's why I think she's saying the stuff

5    that she's saying about the polygraph.  She's

6    like -- you know, she wants to help you out because

7    she wants to make sure that she's not wrongly saying

8    something about you, things like that.

9         A.    Uh-huh.

10        Q.    So that's the biggest thing.  That's the

11   biggest focus right now is trying to figure out

12   stuff.  And then obviously to find out your past to

13   make sure that she also puts out there, okay, this

14   is what happened to him.  This is how it all

15   started.  This is how it evolved, blah, blah, blah.

16   And so that's why she's concerned about like how the

17   past happened as well with the molestation.

18        A.    Uh-huh.

19        Q.    You said you were in therapy, right, I

20   guess after -- not after, right, but actually quite

21   a few years?  Because your family didn't even know

22   that it had happened?

23        A.    No.

24        Q.    Because you were eight and then you said

25   that a doctor --

1      A.   They didn't find out until I was in my 20s.

2      Q.   -- told you to write a letter, right?

3      A.   Uh-huh.

4      Q.   Was it by a family member or a friend or --

5      A.   No, no, no.

6      Q.   -- or a stranger?

7      A.   No, it was -- no, it was an across the

8  street friend.  But he was older than me, a lot

9  older than me.

10     Q.   Like 30, 40, 50?

11     A.   No, no, no.  He was a teenager, like --

12     Q.   Oh, a teenager.

13     A.   -- he was 13.

14     Q.   Oh, okay.  And he just -- I'm assuming you

15  guys probably hung out together because you guys

16  were friends and then he just started to --

17     A.   Yes.

18     Q.   He asked you, hey, you want to or --

19     A.   No.  It kind of just started.  I mean, I --

20     Q.   Because you were only eight years old,

21  so --

22     A.   Yeah, I mean, we had a sleep over, and it

23  just kind of --

24     Q.   And it just kind of happened after that.

25  Did it continuously happen?

1      A.    For a while and then we moved actually.

2      Q.    And then it stopped.

3      A.    Yeah.

4      Q.    And no contact with him ever again?

5      A.    Right.

6      Q.    Okay.  And this was in -- if you were eight

7  then that means you were in El Paso or were you in

8  New Jersey at this time?

9      A.    No, New Jersey.  We --

10     Q.    New Jersey.

11     A.    -- we had moved up there.  It was like

12  between when I was 8 and 9.  So, yeah, 8 and 9

13  because we -- we lived in one house and then we

14  moved.  We were renting and then I guess my parents

15  bought a house.

16     Q.    And that's the only time this ever happened

17  or any other --

18     A.    Well, I mean, it went on for some time,

19  but --

20     Q.    But, yeah, but I mean with that person and

21  that was it.

22     A.    Yeah, that was it.  That was it.

23     Q.    And then that's it.  And then you didn't

24  want to tell anyone or you just kind of forgot about

25  it?

1      A.    I tried to when I was 12 but it just didn't

2    happen.

3      Q.    Oh, okay.  And then when you became -- or

4    when you were in your teens is when the guy, your

5    therapist or some therapist that you worked with?

6      A.    No, no, no.  It was a guy I was working

7    with in my 20s.

8      Q.    Then just --

9      A.    Because I was working with sex offenders so

10   it kind of all just --

11     Q.    How did he -- did he notice that

12   something --

13     A.    The kids did.

14     Q.    Oh, the kids noticed that like you were

15   maybe like --

16     A.    They all wondered if I was -- if I was

17   molested, that -- it's not like they thought I was

18   looking at them or anything.  It was --

19     Q.    Yeah.  But, I mean, like they wondered

20   like, hey, were you where we are type of thing?

21     A.    Right.  Yeah, so, I mean, it just -- yeah,

22   kind of just --

23     Q.    Just happened.

24     A.    Yeah.

25     Q.    And how did your family react when you gave

1    them the letter?

2         A.   My mom was really upset blaming herself

3    that she didn't know what was going on with me.

4         Q.   Yeah.  Does your mom live here?

5         A.   Uh-huh.

6         Q.   Oh, okay.

7         A.   They're out of town right now.

8         Q.   Your parents are -- they're still together

9    and they both live here?

10        A.   Uh-huh.

11        Q.   Do they live near you?

12        A.   They live on Speds.  So, I mean, is that --

13   I don't know how close that is.  Is that, what, five

14   miles?

15        Q.   Yeah, I guess it's near here considering

16   that you lived in Jersey.

17        A.   It's Cruces, yeah.

18        Q.   So, okay, so she was upset.  And your dad,

19   how did he react?

20        A.   Pardon me?

21        Q.   How did your dad react to --

22        A.   He was upset but he wanted to help.

23        Q.   Yeah.  And then that's when you got therapy

24   or counseling or --

25        A.   Like on some formal level, yeah.

1      Q.   Okay.  And then -- okay.  So that was --

2   and you were a therapist at that time?

3      A.   When it all kind of happened I was what

4   they call a line therapist.

5      Q.   A line therapist.

6      A.   Yeah.

7      Q.   And this was in Jersey?

8      A.   No, no, no.  This was in Phoenix.

9      Q.   Oh, in Arizona.  Okay.

10     A.   And then when I moved back here I went to

11  kind of more of a formal therapy with an independent

12  counselor.

13     Q.   And then it kind of helped you or no?

14     A.   Yeah, absolutely.

15     Q.   So --

16     A.   I went through a lot of things.

17     Q.   And it helped you kind of understand like

18  what's going on with you?

19     A.   Absolutely.

20     Q.   And like how everything -- and how to

21  control things and all that?

22     A.   Yeah, I would say that.

23     Q.   Okay.  That's good.

24     A.   Helped me work through a lot of issues with

25  what happened with me.  I mean, that was for sure.