1     Q.    Okay.  That's good.  So when -- when did

2     you get your first job?  How old were you when you

3     got your first job?

4     A.    Probably 14.

5     Q.    14, so you've been working for a long time,

6     more than the average kid.

7     A.    Yeah, I mean, I started with my dad and

8     then I went to First Assembly of God and worked

9     there for a while.  And then --

10    Q.    At 14?

11    A.    Well, I was with my dad when I was 14.

12    Q.    So you worked with your dad at his

13    practice?  Did he have a practice?

14    A.    Uh-huh.  Yeah, I like cleaned the office

15    and filed papers.

16    Q.    Oh, okay.  Well, that's cool.  That must be

17    nice to have like -- be able to have a job.

18    A.    Yeah, scrubbing toilets for your dad when

19    you're 14.  I mean, he paid me so I guess it's

20    better than most people, but --

21    Q.    Yeah, getting paid is good.  And then after

22    you did that, did you -- what did you do after that

23    as far as your job?  After the age of 14, what --

24    what was your next job?

25    A.    Oh, I worked at First Assembly of God.

1      Q.    Is that here?

2      A.    Yeah.   Yeah.

3      Q.    Where is that off of?

4      A.    Valley.   It might have closed by now.   I

5    mean, they've had various problems.   But I was a

6    janitor and I helped them with the sound board

7    and --

8      Q.    Oh, okay.   Okay.   For like all -- okay.

9      A.    Yeah, and then after that I think I was --

10   I think it was a car wash.

11     Q.    Yeah.

12     A.    I think that's what they called it back

13   then, Squeegie's or something.

14     Q.    Oh, okay.   And so how old were you when you

15   did the janitor at First Assembly?

16     A.    Probably 15, 16.

17     Q.    Oh, okay.   And then about probably --

18     A.    17.   I -- I was between -- no, actually --

19   no, the car wash, God, I can't even remember.   This

20   was so many years ago.   I think I -- maybe the car

21   wash was after I went to Flagstaff because I went to

22   college in Flagstaff for a semester.

23     Q.    Oh, okay.   For college.   Where did you go

24   to high school?   Where did you graduate?

25     A.    Mesilla Valley Christian.

1      Q.   Oh, okay.   Cool.   Did you like it or no?

2   It was all right?

3      A.   It was better than public school, I guess.

4      Q.   Yeah.

5      A.   You know, I mean it has ups and downs.   I

6   mean, I didn't really care personally.

7      Q.   Yeah.   Were you in sports or anything like

8   that or were you --

9      A.   Yeah, I was a four-year varsity golfer

10   actually.

11      Q.   Oh, that's cool.   So you're a good golfer.

12   That's good.   And then you went to college where?

13      A.   I went to NAU and then I dropped out and

14   then I came here and --

15      Q.   You went to NMSU?

16      A.   Yeah, I dropped out like 14 times though.

17      Q.   So you --

18      A.   Like I'm a college -- I'm an official

19   college dropout.

20      Q.   AU and then --

21      A.   NAU, yeah, Northern Arizona.

22      Q.   NAU and then NMSU.   And what did you major

23   in when get to -- when you were there?

24      A.   Oh, God, I bounced around public health,

25   social work work kind of --

1    Q.    Stuff like that.  What was your interests?
2  Would you rather do medicine or would you rather --
3  rather do like -- like social work or --
4    A.    I enjoy counseling but I also enjoyed the
5  public health aspects.
6    Q.    The --
7    A.    Public health is more like policy.
8    Q.    Yeah.
9    A.    Like no smoking in restaurants, things like
10 that.
11   Q.    Okay.
12   A.    That's public health.
13   Q.    All right.  That sounds good.  And then so
14 you went to NMSU here.  What did you do when you
15 were in Arizona as far as job-wise or you just went
16 to school and got grants and loans and all that?
17   A.    Well, at first my parents paid and then
18 when I dropped out I got some loans and was paying
19 those back.  But --
20   Q.    Yeah.  And then NMSU, did you work --
21   A.    Oh, no, NAU my parents paid for.  And I --
22 I did work.  I worked at a computer lab up there.
23   Q.    Oh, on campus?
24   A.    Yeah.
25   Q.    Okay.  And then here did you work during

1    college years?

2        A.    Yeah, I worked at NMSU fire for a little

3    while.

4        Q.    Oh, okay.  That's cool.

5        A.    Where else?  I worked at some call center.

6    That was terrible.  I quit that pretty quickly.

7        Q.    I see those around here a lot, like Sitel

8    and Excel and --

9        A.    Yeah, there -- there were older ones that

10   have failed and moved on or whatever, but yeah.

11       Q.    I don't want to be calling people and

12   getting told off every five minutes.

13       A.    Well, this was like raising money for the

14   republican national committee so you could imagine.

15       Q.    Yeah, click.  Okay.  And then so NM -- when

16   did you stop going to NMSU?  I know you dropped out,

17   but I mean when did you stop?

18       A.    In 2003.

19       Q.    Okay.

20       A.    Maybe 2004, I don't know.

21       Q.    Okay.  And then after you stopped the whole

22   NMSU, what did you do now -- after that?

23       A.    I was working with my dad actually.  I just

24   worked with him.

25       Q.    Just continued to work with him.

1      A.    And then I built a company with Travis,

2   God --

3      Q.    How did you meet Travis?  I -- I hear about

4   Travis.  I don't know much about him though, but --

5      A.    On the 6th of May about five years ago we

6   met at a party.

7      Q.    Just at like a hangout?

8      A.    Well, it was this guy that has a party

9   called like a 6th de Mayo party.  Yeah, just --

10      Q.    Oh.

11      A.    -- kind of his -- his way of making fun at

12   Cinco de Mayo, I guess.

13      Q.    Got it.

14      A.    So I met him randomly, but he -- he worked

15   with my brother years and years ago --

16      Q.    Oh, okay.

17      A.    -- as a waiter.  Like when he was a

18   freshman in college my brother was in grad school

19   and --

20      Q.    Okay.

21      A.    -- so they met and became friends on some

22   level.

23      Q.    All right.

24      A.    And that's how I met him, so --

25      Q.    That's cool.

1          LT T:  Who are you talking about?

2          LT S:  I just seen like his job history and

3  how he knew Travis and just a bunch of things.

4          LT T:  Oh, okay.

5                     EXAMINATION

6  BY LT T:

7     Q.    I saw on your Facebook friends Emily Boberg

8  was a friend of yours.

9     A.    She is.

10    Q.    Yeah, her brother is Derek, right?

11    A.    Derek?

12    Q.    I think she has a brother named Derek who

13  has also been arrested for this same thing.

14    A.    No.  She has a brother named James and a

15  brother named Owen.

16    Q.    Oh, okay.  Maybe it's a different --

17    A.    I'm sure they have not been arrested for --

18    Q.    I could have sworn his sister's name was

19  Emily.  I thought that was ironic that --

20    A.    If there's another Boberg I'll be

21  impressed.

22    Q.    Yeah, I know.  They -- they -- they've got

23  to be related in some way.

24    A.    Maybe.  I -- geez, I don't know.  I mean,

25  her dad is a professor at NMSU.

1       Q.    Okay.

2             LT T:  Well, are -- are you done with your

3    questions?

4             LT S:  Uh-huh.  That's fine.

5       Q.    (By Lieutenant T)  Bottom line is I am very

6    concerned about your ability to interact in the

7    community safely, that kids are safe around you.  I

8    am concerned.  And that is because if you could

9    control this you wouldn't be looking at it, right?

10   So I'm concerned about your ability to control the

11   temptation that you have when you're around the kids

12   all the time.  You know, the boys --

13      A.    And I'm not really around them all the

14   time, but --

15      Q.    How often are you around the -- the

16   coaching?  What is your coaching schedule?

17      A.    January through March.

18      Q.    Okay.  So you're not actively in season.

19      A.    And it's like two hours a day.

20      Q.    But you are getting ready to have a camp,

21   right?

22      A.    Yeah, with Mayfield.

23      Q.    Uh-huh, second through eighth grade kids?

24      A.    Yeah, it's the 29th through -- I don't

25   know, it's a fundraiser, the 31st.

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1    Q.   Uh-huh.   Uh-huh.

2    A.   And then there's like 40 of us that are

3   coaching.

4    Q.   So I am concerned about you being in that

5   environment.   I -- I truly am concerned about

6   whether or not you're able to do that.   Because like

7   I said, I think if you could control this addiction

8   you would not be looking at it.   So I am concerned

9   about whether or not it's -- it's fallen off and --

10   or whether there have been times in the past where

11   you have slipped and gotten too close to a kid or

12   done things that you shouldn't have done.

13        I would like for you -- to ask you to take

14   the polygraph like -- Officer Montoya is ready to

15   take you in the next room so that we can alleviate

16   those concerns.   That is up to you right now.

17    A.   Okay.   Well, I mean, could you answer some

18   questions for me?

19    Q.   Sure.   I'd be glad to.   (Inaudible) you.

20    A.   So assume I take the polygraph and I pass

21   it.

22    Q.   Uh-huh.

23    A.   Which I'm pretty confident I will.

24    Q.   Uh-huh.

25    A.   What's going to happen?   I -- you know, am

1    I going to be sitting here all night and week and --

2         Q.   No.   Certainly not in this room.   Okay.

3    This is what -- this is what's going to happen right

4    now is that you -- you are charged with the simple

5    $350 traffic ticket that I guess you didn't take

6    care of, you failed to appear on.   So there's that

7    warrant.

8              They're doing the search warrant now.

9    They'll let me know what they find.   I don't know

10   whether or not there'll be additional charges for

11   what they find.   I'm just -- that's why I stepped

12   out to talk to them, see where they're at.   Our

13   photographer showed up late so they got a bit of --

14   I guess the power went out and his alarm didn't go

15   off this morning, so we got a little bit of a late

16   start because of delay in waiting for the

17   photographer to come in.

18             And then they're just starting to look at

19   the computers and see what they find and -- and look

20   in the residence and see what's there.   In a little

21   while I'll have an idea of whether or not I'm going

22   to be adding any charges.   Not having this -- let's

23   say there are charges that come out.   Let's say I'm

24   going to charge you with -- I'm certainly not going

25   to charge you with every fricking picture you have

1   on your -- in your storage database.  That's --

2   that's just ridiculous.  So let's say I charge you

3   with five pictures, okay.  I have to talk to the

4   judge and ask for a bond.  I can ask the bond --

5   possession of a child porn images is a fourth degree

6   felony.  Okay.  It's a $5,000 bond with one charge,

7   and they generally will group them so it would just

8   be that one.

9        A.    Uh-huh.

10       Q.    But I'm going to talk to the judge and I'm

11  going to say, you know what, that -- that bond is

12  appropriate.  He passed a polygraph because -- and

13  so I'm not concerned about his interaction in the

14  community, his threat to the community, it's low.

15  And we've removed his computers.  We've, you know --

16  so he no longer has access.

17            Or I can say, I don't know, he hasn't take

18  the polygraph and let the judge make his -- make his

19  decision.  Say this is what my opinion is, I am

20  concerned, and then he'll decide.  I can't make

21  promises that your bond would stay the same or not.

22  I'm not trying to convince you any way, like -- or

23  persuade you if you take this and you'll get a lower

24  bond by any means.

25            But those -- those are the case -- that's

1    the two scenarios of what I will be saying, which is

2    just reading exactly what happened.  Either you take

3    the polygraph or you don't.  And so the judge will

4    then make their decision all on their own on what

5    they feel is -- is --

6         A.   Will I go before the judge or --

7         Q.   No, not -- not today.  You will be

8    arraigned tomorrow.

9         A.   Oh, okay.

10        Q.   Usually it's at 1:30 is when they do the

11   arraignment.  But I -- I don't know exactly what

12   your charges will be.  If it turns out we have home

13   movies you made of molesting a kid then --

14        A.   I -- I know you won't.

15        Q.   -- your charge is going to be a lot worse.

16        A.   Yeah.

17        Q.   So I can't say for sure what you're going

18   to be charged with because I don't know what -- what

19   they're finding there.

20        A.   Yeah, I know you won't.

21        Q.   But all -- but all I can say is that you

22   taking the polygraph does help us assess and relay

23   to others whether or not there's a problem.  If it

24   turns out that something has happened, Erik, then --

25   then we can deal with it.  You know, if 10 years ago

1    you got involved in a relationship with a kid that
2    was too young then we can talk about that.  But it
3    takes up front communication.  And -- and if you're
4    covering up stuff that comes up shady then it's --
5    it doesn't look so great when you come back --
6         A.    Right.
7         Q.    -- and explain after.
8         A.    I don't like to believe I'm covering
9    anything up right now.
10        Q.    Right, right.  No, no, no.  At this point
11   it doesn't seem so.  But if there has been some
12   physical contact between you and a kid some time
13   before then let's just talk about it and get it on
14   the table and go from there.
15        A.    Okay.  So what does a polygraph -- I mean,
16   can I get a cup of water if I take a polygraph?
17        Q.    Oh, yes, but you can have a cup of water
18   even -- even if you don't want the polygraph.
19        A.    I'm back to that dry mouth.
20        Q.    Okay.  Okay.  So -- so it's not like a
21   reward for taking the polygraph.  You can have a cup
22   of water either way whether you decide to take it or
23   not.
24        A.    I know.  I -- I was really just kidding.
25        Q.    Yeah, I know.

1     A.    I can't imagine you would deny someone

2   water.

3     Q.    I know, but sometimes stuff -- no, of

4   course not.  We wouldn't do that.  Water and

5   bathroom is the two things we can give you for sure.

6     A.    I'm sure the bathroom is -- is one thing

7   you don't want to mess with, so --

8     Q.    Either way, it is going to take a couple

9   hours for us to -- for -- to be ready to go -- or

10  have a decision, have paperwork done.  But it's not

11  going to be all day.  If we wound up keeping you a

12  long time, you know, we'll feed you and -- but then

13  you'll get -- you'll ultimately get transported to

14  the county detention center where you'll be able to

15  bond out.

16    A.    And how do I do that?

17    Q.    Well, there's a list of bails bondsmen

18  on -- on -- right by the pay phone at the jail.  You

19  get a free phone call to be able to contact them or

20  you can contact -- you get a phone call to call

21  whoever you want to have them arrange to make your

22  bond.

23    A.    But if I call the bail bondsman or

24  something they like come and help us out or --

25    Q.    Yeah, they --

1     A.   I -- I -- I just -- I don't know the

2   process.  I'm sorry.

3     Q.   Generally the way it works, like if you

4   have a surety bond of $5,000, which is a standard

5   for a fourth degree felony, you would pay 10 percent

6   and the bondsman covers the rest.  You'd get out --

7   you pay the bonds 500 bucks is generally how it --

8     A.   How do you pay a bondsman 500 bucks when

9   you're in jail?

10     Q.   They'll -- they'll explain it all to you.

11     A.   Okay.

12     Q.   I don't know.  I haven't been on that side

13   of the bars, so --

14     A.   Nor have I, so --

15     Q.   Right, right.  But they'll guide you

16   through the steps of how it works and -- and it's

17   not all that complicated.

18     A.   Uh-huh.

19          LT S:  Yeah, they'll -- they'll pretty much

20   fork out the money for you and then you give them

21   the money, and that's how it works.  I mean, fill

22   out paperwork, say, yeah, this is --

23          MR. KHAN:  Oh, and then like when I get out

24   you give them money-type thing or --

25          LT T:  Uh-huh.

1          MR. KHAN:  Oh.

2          LT S:  Yeah, so, I mean, you'll be able to

3    get the money, give it to them, and then they also

4    get the money and give it to whoever they need to

5    give it to --

6          MR. KHAN:  Sure.

7          LT S:  -- so they can release you.

8          MR. KHAN:  Sure.  Sure.

9          LT S:  It's real simple, yeah.

10         MR. KHAN:  Okay.

11    Q.    (By Lieutenant T)  And when you're released

12    on bond you're not allowed to have firearms.

13    A.    Okay.

14    Q.    I don't know if you have a friend or a

15    family member you could call to take those firearms

16    for you and so they're out of the house.  You can't

17    have them in your house.

18    A.    Okay.  I didn't know if you guys seized

19    them or what.

20    Q.    No.  They're not on our search warrant.

21    Firearms are not part of what we're looking for.

22    A.    Oh, okay.

23    Q.    Or relate to this.  We can put them in

24    safekeeping if you would like, because your house is

25    going to be locked up and left -- we can put it --

1      A.   You're going to lock it?  I don't have a

2   key?

3      Q.   Oh, no, no, no.  We'll get a key.  We'll

4   get a key then.  Where are your keys?

5      A.   I don't lock the door.

6      Q.   Oh, you never lock the door?

7      A.   No, I haven't locked the door in three

8   years.

9      Q.   With all those guns and your computers, you

10   don't lock your door?

11      A.   I mean, if you think about it, if somebody

12   wants to get in they're going to get in.  There are

13   windows.

14      Q.   Yeah, that's true.

15      A.   Right?

16      Q.   Do you lock your cars?

17      A.   Yeah, I lock those.

18      Q.   I asked you earlier -- so I mentioned the

19   cars.  Do you have anything in your cars that would

20   contain child porn?

21      A.   No.

22      Q.   No thumb drives?

23      A.   No.

24      Q.   Do you have any thumb drives?

25      A.   I don't think so.

1      Q.    You know what they are, right?

2      A.    Yeah, I know exactly what they are.  But,

3   no, I -- I -- I mean, I've had them at work, I mean,

4   but I -- it's -- I'm not very good at keeping

5   things, so -- especially small things.

6      Q.    Okay.  So the only external drives that you

7   have are the two --

8      A.    Could we get more water, please?  I --

9      Q.    Yeah.  The only external drives you have

10   are the two on your --

11      A.    No.  There's probably some like in a bucket

12   that are old and --

13      Q.    Okay.  Okay.  What would -- on a scale of 1

14   to 10, what would you rate your level of computer

15   expertise?

16      A.    An 8.

17      Q.    So you're pretty computer illiterate?

18      A.    I would say literate, not illiterate.

19      Q.    Or savvy.

20      A.    Yeah.

21      Q.    Savvy, computer savvy?

22      A.    Yeah.

23      Q.    Okay.

24      A.    Oh, yeah.  I could put together a computer

25   network.

1    Q.   Do you have any scrubbing or wiping

2    computer -- software on your computers?

3    A.   No, I don't.

4    Q.   Have you ever done that?

5    A.   No.

6    Q.   Okay.  All right.  Let's get you -- walk

7    you to the water fountain real quick.  I'll see if I

8    can find a cup somewhere.

9         So you want to go ahead and do that

10   polygraph, or what are you deciding?

11   A.   Sure.

12   Q.   Okay.

13        OFFICER MONTOYA:  Let me go get my stuff

14   (inaudible).

15        MR. KHAN:  Oh, okay.

16        OFFICER MONTOYA:  Yeah, I can't obviously

17   do it because then it seems like I'm trying to force

18   you to do it, so I'll be right back.

19   Q.   (By Lieutenant T)  I do want to make sure

20   you understand that, you know, there are no promises

21   or concessions to be made or anything like that

22   in --

23   A.   I -- I just -- I just -- I mean --

24   Q.   It's just what picture do you want painted

25   for yourself?  Do you want to paint the clearest

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1  picture and -- and for people to know the confidence

2  that you haven't offended on any child or --

3       A.   No.  I mean, I'm -- I'm -- I'm with you on

4  that.

5       Q.   Uh-huh.

6       A.   I -- I'm cool with that.

7       Q.   Okay.

8       A.   I -- no, I just don't want to be in jail

9  all night.  I mean, if we're going to --

10      Q.   Right.  Right.  No, you'll be -- you'll --

11      A.   I mean, I -- I -- I'll be a willing

12  participant of your system, but --

13      Q.   Yeah, you'll get the opportunity to bond

14  out regardless.  You'll be able to -- to bond out.

15      A.   You don't think it's going to be like a

16  $400,000 bond or anything like that, do you?

17      Q.   4 million is probably -- no, I'm just

18  kidding.  I'm just kidding.

19      A.   You're just mean.

20      Q.   I'm just kidding.  I'm sorry.  I mean, in

21  law enforcement we tend to develop a pretty black

22  sense of humor.

23      A.   I -- look, I -- we're not --

24      Q.   The medical profession is the same, right?

25      A.   No.  I mean, that is -- it's pretty -- it's

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 21 of 56

1    just raunchy in the medical career.

2        Q.    Yeah.

3        A.    But black sense of humor, when I worked

4    with juvenile sex offenders --

5        Q.    (Inaudible).

6        A.    -- we had a very dark sense of humor.

7        Q.    Uh-huh.

8        A.    Kind of had to.  I mean, the stuff I

9    heard --

10       Q.    Yeah, it's kind of a coping mechanism.

11       A.    No.  No, it's not a coping mechanism --

12       Q.    No?

13       A.    -- when you hear these things.  No, it's --

14   I worked with kids who had attractions to us.

15       Q.    Okay.

16       A.    Who would -- I mean, we're talking about

17   the most master manipulators on this earth.  One of

18   the kids I worked with had molested 42 kids.

19       Q.    Wow.  And how old is he?

20       A.    12.

21       Q.    Wow.

22       A.    It's actually the most common age of sex

23   offenses.

24       Q.    Uh-huh.

25       A.    And --

1      Q.   Well, you said you were in high school when

2 you started developing this attraction toward kids.

3      A.   Well, you know, I mean, it wasn't --

4      Q.   How did that -- and if you've got kids

5 coming onto you --

6      A.   I -- I was very easily able to say, no,

7 there's no way. I mean, for a multitude of reasons.

8 Number one, these kids were -- they were on

9 probation, parole. They -- I mean, we had probation

10 officers. I think there was a probation officer

11 sitting next to me actually.

12      Q.   Uh-huh.

13      A.   It wasn't his.

14      Q.   What city was that?

15      A.   That was in Mesa.

16      Q.   Oh, okay.

17      A.   It used to be called Prehab of Arizona.

18 Now it's -- God, I forget their new name. Green

19 Tree Learning. I -- I forget.

20      Q.   Uh-huh.

21      A.   But they were on residential treatment

22 facilities. They have for years. You know, but

23 things like that.

24      Q.   Uh-huh.

25      A.   I mean, there was zero sexual attraction to

1    that.  I mean, this kid asked me my Social Security

2    number the day I met him.  I thought he was going to

3    like steal my identity.  You know, it's --

4        Q.   Uh-huh.

5        A.   You know, it's -- but those were the kinds

6    of kids we worked with.

7        Q.   Uh-huh.

8        A.   And when I mean work with them, we had to

9    deal with their daily stuff.  We had to talk to them

10   about their problems and, you know, when issues

11   would come up.  I actually caught a kid molesting

12   another kid in our -- in the residence.

13       Q.   Really?

14       A.   Yeah.  Oh, yeah.  He was arrested that day,

15   but I, you know --

16       Q.   Uh-huh.  Were they the same age?

17       A.   A couple years apart.

18       Q.   Uh-huh.

19       A.   It would have been consensual if the other

20   one was awake.  I know that much.

21       Q.   Oh, no.  Yeah, then that's pretty easy to

22   determine that it's not.

23       A.   Yeah, it's -- but he wasn't awake so, you

24   know, it's --

25       Q.   Do you have any other fetishes?

```
 1      A.   I don't -- I don't think so.
 2      Q.   Well, generally that shows up in what
 3 the -- the -- the files that you have, we'll notice
 4 like there's a lot of food involved or, you know,
 5 people have different fetishes like fet foot -- foot
 6 fetish or food fetish or, you know, different things
 7 like that.
 8      A.   Like food and --
 9      Q.   Sex.
10      A.   -- and porn?  No.
11      Q.   You don't have anything?
12      A.   No, no, no.  That's -- I know -- I -- I
13 actually know a kid who was abused with cereal.
14      Q.   Really?
15      A.   And after night --
16      Q.   How do you get abused with cereal?
17      A.   When your dad takes your head and shoves
18 your face in the bowl daily.
19      Q.   Oh, physical abuse.
20      A.   Yeah, he was also sexually abused.
21      Q.   Uh-huh.
22      A.   But the kid wouldn't eat cereal.  And one
23 day he decided he would eat cereal.
24      Q.   Uh-huh.
25      A.   And when the decision came up all we had
```

1   were Grape Nuts.  I felt really bad for the kid,

2   but --

3                       EXAMINATION

4   BY LT S:

5       Q.    Really?

6       A.    Yeah.

7       Q.    So the place you worked in Arizona, it --

8   was it -- is it a good place?

9       A.    Oh, yeah, yeah, yeah.  No, it's --

10      Q.    I mean, are they -- you know, because like

11  some of them here, they just -- they're -- like they

12  don't even (inaudible) them.

13      A.    Well, first of all --

14      Q.    They just like place them there and they're

15  like, yeah, that's it.

16      A.    Yeah, no, no, no.  We actually had a very

17  low recidivism rate.

18      Q.    Oh, that's good.

19      A.    Extremely -- we're talking like less than 3

20  percent.

21      Q.    Is it a big facility or --

22      A.    The one I was at was 22.

23      Q.    22 people?

24      A.    Yeah, 22 kids between 12 and 17.

25      Q.    Like it holds --

1    A.    Mostly 12 to 14.  And then another place I

2    worked at, that was the older kids really, but --

3    and then we had a violent home, like where kids

4    were -- they didn't have sex problems.  They were

5    really violent.

6    Q.    Oh, (inaudible) kids.

7    A.    Like we had a kid who dumped hot oil on his

8    mom's face.

9    Q.    Wow.

10    A.    Yeah.

11    Q.    Yeah, we don't want to work there.

12    A.    And I came to find his problem was he was

13    wetting his bed.

14    Q.    That he was just wetting his bed?

15    A.    I basically cured his kid by figuring out

16    he was wetting his bed.

17    Q.    Oh, wow, that's weird.  So what was his

18    thing about his mom?  Why did he want to hurt her so

19    bad?

20    A.    I -- I think she brought it up and he was

21    embarrassed by it.

22    Q.    Oh.

23    A.    Like dramatically embarrassed.

24    Q.    Oh, like really mad.

25    A.    I mean, when I brought it up, I mean, I

1    thought he was going to kill me, so --

2         Q.   Oh, okay.

3         A.   -- I just happened to be a lot bigger than

4    his mother.  But, no, I -- it's -- yeah, absolutely,

5    it was a good place.

6         Q.   Yeah.

7         A.   I -- I don't know how it is anymore, but --

8         Q.   Because you said it -- what did it used to

9    be called?

10        A.   Prehab.

11        Q.   Prehab.  But it's not that anymore?

12        A.   It standed for prevention and

13   rehabilitation.

14        Q.   Prehab?

15        A.   Yeah.

16        Q.   But it's not that anymore?

17        A.   No.

18        Q.   It's -- so did they come under new

19   ownership or what?

20        A.   No.  I think they just changed their name.

21        Q.   Oh.

22        A.   They're -- they're a non-profit, so

23   ownership is relative.

24        Q.   Oh, okay.

25        A.   They're -- they get a lot of funding from

1   the DOJ and from the state.

2       Q.   Oh, okay.

3       A.   Medicaid, things like that.

4       Q.   That's good.  And now it's like you said

5   Green Tree or something?

6       A.   I -- I forget.  Yes, it's definitely not

7   Green Tree, but I just can't remember the name.

8   Turning Leaf maybe.

9       Q.   And that's in Mesa where you were?

10      A.   Uh-huh.

11      Q.   That's good.  Do they pay good?

12      A.   No.

13      Q.   No, not at all?

14      A.   22,000 a year to do that work.

15      Q.   Wow, that's --

16      A.   They don't even pay overtime.  Are you

17   kidding me?

18      Q.   Really?

19      A.   We got overtime and we got like vacation

20   time in lieu of overtime, which I know isn't really

21   legal, but --

22      Q.   Yeah.

23      A.   -- we didn't really care.  It wasn't that

24   much money so you kind of just went with it.

25      Q.   Yeah, that's true.  And this was when you

1   were like in your early --

2       A.    20s.

3       Q.    -- 20s, right?  Because you were going

4   to --

5       A.    Yeah, 22.

6       Q.    Were you going to college then, the --

7       A.    I went to Mesa Community College for a

8   little while while I was there.

9       Q.    Okay.  And you worked there for a couple of

10  years?

11      A.    The -- yeah, it was a year and a half.

12      Q.    A year and a half.

13      A.    It was while I was there all this went down

14  with my family and I left there to move home.

15      Q.    Oh, okay.  All right.  That makes sense.

16  And you moved home with your parents or you got your

17  own place?

18      A.    No.  I moved home with them and then very

19  quickly I got my own place because that was --

20      Q.    Yeah, it's usually hard to go back and live

21  under your parents' rules.

22      A.    It was -- it was tough.  It was like three

23  weeks and I was like I'm out of here.  I can't, I

24  can't.

25      Q.    Oh, no.

1      A.    You know --

2      Q.    Yeah.

3      A.    And then I went back to school again and --

4    you know, and --

5      Q.    Yeah, NMSU though, right, this time?

6      A.    Uh-huh.

7      Q.    Okay.  And then -- so you were -- you did

8    the -- you helped with your dad's practice and then

9    you went to Arizona and you helped -- you did the --

10   the therapy or whatever that you guys did over there

11   and then you came back over here and went to NMSU.

12   And then what did you do here?  Go back to your

13   dad's practice?

14     A.    Oh, that's -- that's when I -- that's when

15   all that went down with embezzlement with my dad's

16   practice.

17     Q.    Oh, so then at that point you started

18   helping him out?

19     A.    That's kind of why I dropped out because I

20   was working so damn much at his place I didn't have

21   really any time to go to school --

22     Q.    Oh.

23     A.    -- and try to fix all that.  And I also was

24   scrubbing in surgery with him and --

25     Q.    Oh, okay.  That's cool.  Yeah, that's

```
 1    really cool.  And then so when did you get involved
 2    with the -- the Girls and Boys Club or whatever they
 3    call it?  I don't know what that is.  What is that?
 4         A.   Oh, Big Brothers and Big Sisters?
 5         Q.   Yeah, what is that?  I'm not from around
 6    here so I don't really know.
 7         A.   Oh, it's a mentorship program.
 8         Q.   Oh, a mentor -- okay.  Was that when you
 9    came back or was that --
10         A.   I did it in Arizona too.
11         Q.   In Arizona?
12         A.   Yeah.
13         Q.   Is it a good program or --
14         A.   Oh, absolutely.  It matches a kid with an
15    adult.
16         Q.   Like --
17         A.   Like (inaudible) a guy or a girl or
18    whatever, but --
19         Q.   -- like an adopted kid or like --
20         A.   No, I mean, it used to be kids who don't
21    have a specific parent in their house, like a kid
22    who doesn't have a dad or a kid who doesn't have a
23    mom.
24         Q.   Oh.
25         A.   Things like that.
```

1       Q.   Okay.

2       A.   I think the only --

3       Q.   So you like go pretty much hang out with

4   them and like -- like be their big brother type

5   of --

6       A.   Yeah, like take them bowling and --

7       Q.   Okay.

8       A.   -- play basketball and --

9       Q.   Okay.

10       A.   -- things like that.

11       Q.   Oh.

12       A.   You know, it's --

13       Q.   That's not bad.

14       A.   I took Zach camping when he was like 17.

15   You know, it's -- I helped him through high school.

16   That's the biggest thing I helped him with.

17       Q.   Yeah, that's good.  And he didn't have a

18   dad, or what?

19       A.   He was forcibly removed from his parents'

20   care when he was six years old for --

21       Q.   Oh, really?

22       A.   Because I guess they had grand theft

23   charges and a lot of stuff going on.

24       Q.   Oh, wow.  So when did you become his

25   brother or big brother or whatever?  How old was he?

Case 2:12-cr-02901-RB  Document 103-2  Filed 05/18/15  Page 33 of 56

```
 1       A.    When he was in eighth grade.
 2       Q.    Oh, okay.  So you like knew him for a
 3  while.  So you actually were probably the one that
 4  helped him get there high school then?
 5       A.    Oh, absolutely.  I have a feeling I'm the
 6  reason he's got a 4.0 and -- or a very high GPA in
 7  college.
 8       Q.    Okay.
 9       A.    A full ride scholarship and --
10       Q.    That's really good.
11       A.    He's in Japan on a full ride on an exchange
12  program.
13       Q.    Oh, really?
14       A.    Uh-huh.
15       Q.    Oh, wow.
16       A.    He comes back in July.  He's been gone all
17  year.
18       Q.    And he keeps in touch with you?
19       A.    Yeah.  He e-mailed me last night actually.
20       Q.    Like -- that's really good.  And his name
21  is Zach?  What's his last name, Zach --
22       A.    Massey.
23       Q.    Massey.  That's good.  I'm sure he
24  appreciates that.  And what is he, like in his 20s
25  now, I guess or maybe --
```

1      A.    I think he's 21, 22.

2      Q.    Okay.  Well, that's good.

3      A.    Maybe 20.  I -- he's in his 20s.  I know

4    that much.

5      Q.    And he's from Cruces?

6      A.    No.  He was raised in Houston for a while

7    and then his grandpa was dying and they moved here

8    with their grandmother.

9      Q.    Oh.  So he's not from here?

10      A.    He had a lot of problems with her.

11      Q.    Oh.

12      A.    He lives with her still, but they have a

13    lot of problems.

14      Q.    But -- and she lives here?

15      A.    I guess, yeah.  I don't like her very much.

16      Q.    No?  She's just not a very likable person,

17    I guess?

18      A.    She's a raging alcoholic.

19      Q.    Huh, that's always nice.

20      A.    Like I've had to prevent her from driving

21    the kids home before.

22      Q.    Did -- did he have brothers and sisters

23    that she had to raise?

24      A.    Yeah, he's got a -- yeah, a little brother

25    and an older sister.  His older sister has a kid

1    now, I guess.  That's what he told me, so --

2        Q.   Okay.  But you were -- were you only his

3    big brother and the other ones didn't -- they're not

4    into that or what?

5        A.   No, no, no.  His sister had a big sister

6    and his --

7        Q.   Oh, because you -- so you have --

8        A.   His little brother had a big brother for a

9    while and -- yeah, it's not like you hang out with

10   all of them.

11       Q.   Oh, okay.

12       A.   You know, I mean, that would just be kind

13   of insane.

14       Q.   So like pretty much the program just

15   focuses on like having people focus on that one

16   child so they can feel valuable, maybe.

17       A.   Well, and hope -- like this kid was having

18   trouble fitting in with friends and --

19       Q.   Oh.

20       A.   -- so I introduced him to some family

21   friends and things like that.

22       Q.   Oh, that's good.

23       A.   And he made a lot of friends as a result of

24   it.  He's friends with a lot of them to this day,

25   so --

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 36 of 56

1      Q.    That's really good.

2      A.    Yeah.

3      Q.    He was the only -- he was your only little

4   brother or whatever?

5      A.    No.   There was one other in Phoenix.   I

6   forget his name.   That was a long time ago.

7      Q.    But he -- was he -- did he end up not doing

8   good or what?

9      A.    He did really well.   He used to not shower

10  and then --

11     Q.    Oh, really?

12     A.    Oh, yeah, this kid --

13     Q.    So he had a hygiene problem?

14     A.    -- yeah, he -- he had a bad hygiene

15  problem.   And his grandmother was raising him too.

16  It seems like a typical equation.

17     Q.    Yeah.

18     A.    But he was a really nice kid.   And he

19  actually met the kids I was working with because we

20  used to take them in the community.

21     Q.    In the -- in the program?

22     A.    Yeah, we used to take them out in the

23  community and they'd have to like read poetry --

24     Q.    Oh, okay.

25     A.    -- to come out of their comfort zone.   So

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

Case 2:12-cr-02901-RB Document 103-2 Filed 05/18/15 Page 37 of 56

1    this kid would come to the coffee house and --

2        Q.   Oh, okay.

3        A.   Yeah, I think he was like 14 or 15 too,

4    so --

5        Q.   Okay.  But it seems like Zach is probably

6    the -- the one that you actually had more of an

7    influence on, I guess?

8        A.   Absolutely.

9        Q.   Yeah, okay.  Well, that's -- that's a good

10   program.  It seems like a good program.  Do they

11   still have it?

12       A.   Oh, yeah, it's a major national program.

13       Q.   Is it major now?  I don't know, I guess

14   they --

15       A.   Oh, it has been for probably 50, 60 years.

16       Q.   I just hear about like Girl Scouts and all

17   that stuff, but I don't hear about the Big Brother

18   or Sister thing.  Well, that's good.

19       A.   Yeah.  Around here it's not that big,

20   but --

21       Q.   It doesn't seem -- I guess not.

22       A.   But it's -- I mean, on a national level

23   it's ginormous.

24       Q.   That's really good.  Are you into like

25   community service and stuff?  Is that something that

1    you're into too?

2        A.    Yeah.  I mean, I volunteer to coach

3    basketball.

4        Q.    That's really good.

5        A.    Although I've thought about --

6        Q.    Are you good at basketball?

7        A.    I'm a good coach.

8        Q.    Yeah?

9        A.    You know, I can teach it.

10       Q.    I don't know too much about basketball, but

11   I mean, it seems interesting.  It's a fast paced

12   game, and I mean, it seems pretty good.  I mean, are

13   you -- you're a volunteer for --

14       A.    Well, I get paid at the -- the middle

15   school level.

16       Q.    Oh, okay.

17       A.    For eighth grade.  But at the high school

18   level, because I'm just trying to get experience as

19   a high school coach.

20       Q.    It's different, I guess.

21       A.    It's just harder.  You know what I mean?

22       Q.    Like the -- just hard to --

23       A.    It's more fast paced.

24       Q.    And it's more competitive?

25       A.    Oh, a lot more.  Yeah.

1      Q.    So the high school, which high school are

2      you volunteering at right now?

3      A.    Mayfield.

4      Q.    They have a pretty good basketball team,

5      don't they?

6      A.    Not --

7      Q.    Not really?

8      A.    It's not the best.

9      Q.    Who is the --

10     A.    We're football.

11     Q.    -- the coach is -- is it Maya?

12     A.    Oh, he's the girl's coach.

13     Q.    Oh.

14     A.    Morrow.

15     Q.    Morrow is the guy's coach?  Morrow, I don't

16     know who Morrow is.  I know Maya because aren't they

17     good, pretty good?

18     A.    Oh, the girl's team is phenomenal.

19     Q.    That's what I heard.  That's why I know

20     about him.  And then the middle school, you get paid

21     for them though?

22     A.    Yeah, I get like 800 bucks or something for

23     a season is what they pay a coach.

24     Q.    That's not bad.  I mean, pocket change I

25     guess, right?

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 40 of 56

1      A.    Usually we put it back into the program.  A

2  lot of these kids don't -- can't afford shoes and

3  so --

4      Q.    Oh.  What -- and what -- what -- I mean,

5  where do you coach for middle school?

6      A.    Picacho.

7      Q.    Are they good or no?

8      A.    We won a championship this year.

9      Q.    Pretty good then.  Eighth grade?

10     A.    It just -- yeah, it just depends on every

11  year.  It changes every school year.

12     Q.    It depends on what kids you have that year.

13  So you don't work with the younger ones to like --

14  like -- because you know -- I'm sure like sixth,

15  seventh grade will probably end up being eighth

16  grade basketball.  You don't --

17     A.    Yeah, well, except for this camp I do at

18  the end of May.

19     Q.    That's it.  And that's from eighth to

20  ninth, right, the --

21     A.    No.  That camp is like second to eighth --

22  or second to eighth grade.

23     Q.    Oh, second to eighth grade.

24     A.    Yeah.

25     Q.    Okay.  And do you --

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 41 of 56

1       A.    It's a three-day camp to raise money, 50

2    bucks a kid.

3       Q.    Oh.

4       A.    And that's so that varsity can travel.

5       Q.    The varsity for --

6       A.    Varsity team for Mayfield.  It's so they

7    can go on the road --

8       Q.    Mayfield, okay.

9       A.    -- and buy food and --

10       Q.    Oh.

11       A.    You know, they use that money for that.

12       Q.    Okay.  All right.  So do you see a lot of

13    your kids that you coach at that -- that camp or

14    whatever?

15       A.    No.

16       Q.    No.  Like the guys from Picacho, you don't

17    see them?

18       A.    No, because they're in eighth grade so when

19    they're going to ninth grade they're going to come

20    out for the team.

21       Q.    Oh.

22       A.    They're not going for a camp like that.

23       Q.    Okay.  Got it.  All right.  And so how long

24    have you been doing that as far as the coaching?

25    Like how long have you been actually --

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1    A.   How long have I coached?

2    Q.   Yeah.

3    A.   In Las Cruces, gosh, six years.

4    Q.   Oh, okay.  So you're -- you're probably --

5    A.   But I coached in Mesa.  I coached in high

6  school.

7    Q.   And you're pretty good at it then, huh?

8  And the kids are all -- they all get along with you?

9  Because some -- I see some of the coaches and

10  they're not very nice with the kids.

11    A.   No, you know, it's -- oh, I know what

12  you're talking about.  But, no, like the first part

13  of the season is kind of the mean side and then you

14  get nicer and --

15    Q.   Oh, okay.  So yeah.

16    A.   -- you know, I mean, you got to have both.

17  You got to eventually teach them something.

18    Q.   Yeah, that's true.  That's good though.

19  That's a good way of putting it.  Picacho.  Picacho

20  is -- is it in Cruces?  Where is Picacho at?  I

21  don't even know where Picacho is at.

22    A.   Yeah, it's Motel and Picacho.

23    Q.   Motel and Picacho.  Oh, in the corner, like

24  in the corner area like --

25    A.   Like behind -- well, the new Walgreens,

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 43 of 56

1    like right behind it.

2        Q.   Okay.  I know where that's at.  And

3    that's --

4        A.   Field of Dreams is behind it.

5        Q.   Yeah, okay.  I know exactly where you're

6    talking about.  All right.  But you don't do any

7    other coaching or anything for the other middle

8    schools or is Picacho just the one that you wanted

9    or did they just -- do you just -- they just set

10   people where they want to set them for schools?

11   Like how did you pick Picacho?

12       A.   Oh, I applied to a couple of them.  I think

13   Belen and Picacho, and there was an interview

14   process because it was in a paid position.  I mean,

15   it was -- I guess they treat it a little more

16   seriously.  I mean, it's 800 bucks but --

17       Q.   Yeah, either way.  And then so for Picacho

18   you do -- is that the January through March, is that

19   when you do that or is that the Mayfield volunteer

20   one?  Like what are the seasons?  I don't understand

21   what the seasons are.

22       A.   Oh, no, no, Mayfield, I -- you know, since

23   I just volunteer, I mean, I guess it's November

24   through March, but -- or April or something.  But

25   I -- as a volunteer I just go --

1    Q.    Whenever you pretty much want?

2    A.    Yeah.  I mean, they're -- they have head

3    coaches and stuff.  It's, you know, I mean, I show

4    up for a lot of games and things like that.

5    Q.    That's good.

6    A.    But Picacho is January through March, the

7    beginning of March.  It's only eight weeks.  It's

8    not even eight weeks.

9    Q.    Oh.

10    A.    Six weeks.

11    Q.    Uh-huh, wow.

12    A.    It's a very fast season.

13    Q.    Yeah.  That seems fast.

14    A.    Two games a week, only two weeks to

15    prepare.  It's money.  You know, schools can't

16    afford it.

17    Q.    Yeah, I understand that.  Okay.  And you

18    get along with the Mayfield coach, the basketball

19    one?

20    A.    Uh-huh.

21    Q.    I've never met him.  I don't -- I have no

22    idea who he is.  I met Maya a long time ago, and

23    he's -- he's like really good, I guess, with the

24    girls.

25    A.    A great coach.

1    Q.   Yeah, he seems like that.  And the guys'

2    coach, is he a good coach too or is it just --

3    A.   Yeah, he's all right.

4    Q.   Just descent, I guess.  And you guys --

5    A.   A varsity coach, I mean --

6    Q.   Yeah, that's good.  Do you know a lot of

7    people at the schools, like at Mayfield and at

8    Picacho?  Is the staff pretty cool or no?

9    A.   Yeah, I mean, it's not like I interact with

10   everybody.

11   Q.   Yeah.

12   A.   I think they all know me more than I know

13   them.

14   Q.   Yeah.

15   A.   You're down on the court and they all kind

16   of notice who you are, you know.

17   Q.   Yeah, they do.  Yeah, that's true.  Well,

18   that's good.  That sounds fun to coach, I guess, if

19   you know what you're doing.  But --

20   A.   Yeah, if you don't know what you're doing

21   it can be --

22   Q.   Pretty intense and it's going to look bad

23   on the court, I guess.  Are you into any other

24   sports?

25   A.   Golf.  I mean, I --

1      Q.   And that's it?  But like you don't --

2      A.   Shooting, I guess you consider that a

3   sport.

4      Q.   Yeah.  Do you hunt?

5      A.   No, I haven't hunted.

6      Q.   No?

7      A.   No.  I shot a bird when I was a kid.  I

8   felt bad.

9      Q.   You're like, yeah, that's not more me.

10     A.   It was just target shooting, you know.

11     Q.   Yeah, that's good.  Are you a good shot?

12     A.   I like to think so.

13     Q.   Yeah, that's good.

14     A.   I was a sharp shooter in the Marines.

15     Q.   Oh, even better.

16          OFFICER MONTOYA:  How are you doing, bud?

17   I've got -- this is the forms I need in order to --

18   to do that.

19          MR. KHAN:  Okay.  Is there any way I can

20   get a cup of water?

21          OFFICER MONTOYA:  Yeah, let me get you a

22   water.

23          MR. KHAN:  For like -- yeah, I'll read

24   this, but --

25          LT S:  You're like, can you give me some

1   water, please?

2           And it looks like this one is just the

3   Miranda rights.

4           MR. KHAN:  Miranda again.

5           LT S:  Yeah, that she had already read to

6   you too, so it's a little card.

7           MR. KHAN:  I know those.

8           OFFICER MONTOYA:  Here you go.

9           MR. KHAN:  Oh, my God, you're a lifesaver,

10  man.

11          OFFICER MONTOYA:  Yeah.  Basically what

12  this disclaimer states is basically --

13          MR. KHAN:  I'm not going to sue you if you

14  say I lied?

15          OFFICER MONTOYA:  Yeah.

16          MR. KHAN:  I read it.

17          OFFICER MONTOYA:  And you're doing this

18  freely, voluntarily of your own free will.  There's

19  no threats, promises, or anything like that.  All

20  right?  Basically just so you know, it is

21  confidential between me, you, them, and the

22  detective.  Okay?  Those are the only people that

23  are going to get a copy of it.  So I'm not going to

24  go out and tell everybody about it.  It's strictly

25  confidential.  I can't do that.

 1            Also, do you have any questions on any --
 2    any of what this form states?
 3            MR. KHAN:  No.  No.  I fully understand
 4    that.  I'll sign it.
 5            OFFICER MONTOYA:  Okay.  So just write your
 6    name.
 7            MR. KHAN:  Sure.
 8            OFFICER MONTOYA:  Date it.  I need you to
 9    sign right here and sign right there and then we'll
10    get going.  Okay?  And I haven't heard anything of
11    what the detectives have told you, but before we get
12    started if there's anything different you need to be
13    obviously honest and up front because once we go in
14    there we can't go back.  So --
15            MR. KHAN:  You want me to sign this
16    afterwards, the bottom one?
17            OFFICER MONTOYA:  No.  Just sign it now and
18    then I'll -- yeah, sign right here.
19            MR. KHAN:  Okay.
20            OFFICER MONTOYA:  And there will be a start
21    time and an end time is when it will start.
22            MR. KHAN:  Okay.  I was just reading it.
23    Sorry.
24            OFFICER MONTOYA:  All right, man.  You
25    ready?

1          MR. KHAN:  Sure.

2          OFFICER MONTOYA:  Yeah, go ahead and bring

3    your water and we'll get started.  All right?

4          MR. KHAN:  Come out.

5          LT T:  I lost my keys.  Do you have my

6    keys?  Where were they?

7          LT S:  I -- it was -- they were right

8    there.  I didn't want to --

9          [Recess taken.]

10                      EXAMINATION

11   BY LT T:

12      Q.   All right.  Now we've gotten more farther

13   along in the search warrant.  I want to ask you a

14   few questions about some of the things that we're

15   finding, like understanding adolescent with their

16   sexually assault and how to raise --

17      A.   That was from work.

18      Q.   -- how to raise boys.

19      A.   That was all from my old job.  I mean, we

20   had to do a lot of research and a lot of reading and

21   a lot of -- you're talking about that Adolescent

22   Sexuality in Contemporary America?

23      Q.   Yeah, yeah, yeah, that.

24      A.   That was all about the work I was doing.

25      Q.   Okay.

**PAUL BACA PROFESSIONAL COURT REPORTERS**
**500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102**

1      A.    A lot of that has to do -- you're -- I

2    mean, the kids I was working with were all

3    adolescents.

4      Q.    Uh-huh.

5      A.    So learning about therapy and learning

6    about growth and development.

7      Q.    Uh-huh.

8      A.    And then when I went back to college I did

9    some social work work.

10     Q.    Uh-huh.

11     A.    And that included that.

12     Q.    Do you have a degree in anything?

13     A.    No, I dropped out to help my dad with his

14    business.

15     Q.    Okay.  Well, I noticed that just like even

16    the pictures on the wall, your Norman Rockwells are

17    of an adult male and a little boy.  There's --

18    every -- anything in there just seems to be that.  I

19    guess that's just what you're drawn to.

20     A.    I mean, it was like Norman Rockwell.  I

21    mean, most of his stuff is like that.

22     Q.    Well, in this content it kind of -- context

23    it kind of changes things.

24     A.    I -- I -- I realize what you're saying, but

25    it's --

1      Q.    Yeah.

2      A.    I mean, hundreds of people have been to my

3   house.

4      Q.    Uh-huh.  Oh, yeah, no, it's not something

5   that would overtly make someone think, oh, this is

6   weird.  But just in the context of the whole --

7      A.    Right.  I mean, I also have a Scarface

8   poster up and, I mean, I'm not going to go and mow

9   somebody over.

10      Q.    Uh-huh.  Yeah.  Well, you certainly could

11   because you definitely have enough --

12      A.    I was a sharp shooter in the Marine Corps.

13      Q.    -- fire --

14      A.    I enjoy shooting.

15      Q.    Uh-huh.

16      A.    You know, I live in a state that allows me

17   to, so --

18      Q.    Right, you do.  And do you drive around

19   with a gun in the car with you?

20      A.    Sometimes.

21      Q.    Right.  We saw the holsters and the

22   ammunition that are in the car and that --

23      A.    Well, if I go to the range or I go to

24   the -- you know, I mean, I go to the range a lot.

25      Q.    And it's in the Crown Victoria too?

1       A.    Well, there might have been some bullets

2    from the range in Phoenix.

3       Q.    Oh, okay.

4       A.    My -- my buddy seriously just brought that

5    car down last week to -- because I moved out of --

6       Q.    Which buddy?

7       A.    Travis.

8       Q.    Travis brought that to you last week?

9       A.    Yeah, because I -- I was -- you know, I

10   used to go to Phoenix every other week.

11      Q.    Uh-huh.

12      A.    Literally.

13      Q.    Uh-huh.

14      A.    From Monday to Friday -- Monday through

15   Sunday for work.  And, well, one of our clients, we

16   don't work with him anymore, so I got rid of the

17   apartment.  Well, May 31st it's -- getting rid of

18   it.

19      Q.    Uh-huh.

20      A.    I haven't been there in a couple weeks.

21   So -- so I flew home because I had to get back and

22   he was coming here anyway, so he said, "Well, I'll

23   just bring your car."

24      Q.    Uh-huh.

25      A.    So, okay, cool, you know.

Case 2:12-cr-02901-RB   Document 103-2   Filed 05/18/15   Page 53 of 56

1     Q.    Uh-huh.

2     A.    And it's -- I mean, it's really not a car I

3  need.  It just -- I can't just leave it sitting in a

4  parking lot or otherwise I'll have problems with

5  that.

6     Q.    Yeah.

7     A.    So --

8     Q.    Yeah, for sure.  Well, we did find all of

9  the computers and stuff that you talked about.

10  There's a lot of computers and the -- the two

11  external hard drives that were there.   Everybody is

12  pretty much just the way that you said it there --

13  said it was.  I just was concerned about those books

14  that --

15     A.    I mean, yeah, it's -- it's really -- that

16  was all re -- I mean, it's not something I like read

17  on a regular basis or anything.

18     Q.    Do you have keys to the school?

19     A.    No.

20     Q.    The -- the -- either Picacho or Mayfield?

21     A.    No, no, no, no.

22     Q.    You don't keep any keys?

23     A.    No.

24     Q.    Okay.  All right.  Because we had to let

25  them know, so they're security is aware of that and

1    they asked us to ask you if you had keys to the

2    school.

3         A.    I don't.  I've never been issued keys.

4         Q.    Okay.  That's about all the questions I

5    have.  So everything went well with the polygraph.

6    That's good.

7              THE WITNESS:  I don't know.  We had

8    movement problems, so --

9              OFFICER MONTOYA:   Yeah, I had to -- it

10   took longer than normal just because -- I mean, the

11   severity of it, you know, having to prep you for it

12   and having to talk about your -- your experience and

13   everything that you were involved with as a child.

14   And, you know, I have to include all of that and

15   factor all that in because it's not fair to you to

16   just put you on it without knowing all of that.  So

17   we had to have an in-depth discussion about --

18        Q.    (By Lieutenant T)  Did you have that -- you

19   were molested.  When you were molested, was it full

20   intercourse?

21             Okay.  Aside from that, have you ever had

22   intercourse with another man?

23        A.    No.  A friend of mine forcibly kissed me

24   once, but that was at a work thing.  It was more of

25   a joke.

1       Q.    Okay.

2       A.    I was pretty pissed about it.  But, I mean,

3   beyond that no.

4       Q.    Okay.  There's never been any sexual

5   contact between you --

6       A.    No.

7       Q.    -- and any other male, adult male?

8       A.    No, never.

9       Q.    Okay.  All right.

10          LT T:  I don't think I have any other

11   questions.

12          OFFICER MONTOYA:   Okay.

13          LT T:  Do you need to change your --

14          THE WITNESS:  I'm just curious, I mean, you

15   said you were going to be talking to a judge.  So

16   you don't seem like the kind of person who lies to

17   people, so --

18              [The recording concludes.]

19

20

21

22

23

24

25

1   In Re:

2   US vs. Khan, May 9, 2012

_____

3

4

5                       C E R T I F I C A T E

6

7

8       I, Lisa Reinicke, New Mexico Certified
    Stenotranscriptionist, DO HEREBY CERTIFY that the
    above captioned transcription was prepared by me;
9   that the RECORDING was reduced to typewritten
    transcript by me; that I listened to the entire
10  RECORDING; that the foregoing transcript is a
    complete record of all material included thereon,
11  and that the foregoing pages are a true and correct
    transcription of the recorded proceedings, to the
12  best of my knowledge and hearing ability.  The
    recording was of GOOD quality.

13

        I FURTHER CERTIFY that I am neither employed
14  by nor related to nor contracted with (unless
    excepted by the rules) any of the parties or
15  attorneys in this matter, and that I have no
    interest whatsoever in the final disposition of this
16  matter.

17

18

19

20

21                    _Lisa Reinicke_

22                    Lisa Reinicke,
                      Certified Stenotranscriptionist

23

24

25